

601 Sawyer Terrace #5041
Madison, Wisconsin 53705

March 4, 2024

**VIA CM/ECF ONLY**
Hon. Amit P. Mehta
U.S. District Judge
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   *United States v. Jonathan Bonney*, 24-cr-17-APM

Dear Judge Mehta,

I write to notify the Court that Mr. Bonney wishes to forgo the scheduled trial and plead guilty to the four-misdemeanor criminal complaint.

There is no plea agreement.

On April 25, 2023—that is, 314 days ago—Mr. Bonney was charged by criminal complaint. The government has not responded to several requests to resolve this case through a plea agreement. I've advised him that while it's unusual, the government isn't required to make any plea offer. Plus, given that trial is only 14 days away, it's unlikely that the parties will find a resolution that the previous 314 days didn't yield.

The defense suggests that the Court schedule a Zoom hearing to discuss a date for a change of plea hearing.

Sincerely,

/s/ *Peter R. Moyers*