UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA,

       *Plaintiff*,

    *vs.*                                 Case No. 24-cr-17-APM

JONATHAN BONNEY,

       *Defendant*.

_____

## SENTENCING MEMORANDUM

Jonathan Bonney, by counsel, files the attached support letters. The defense intends to rely on the letters for its argument at Friday's sentencing hearing.

Dated at Madison, Wisconsin, this July 9, 2024.

                                                   Respectfully submitted,

                                                   *Peter R. Moyers*

                                                   Peter R. Moyers
                                                   Counsel for Mr. Bonney

THE MOYERS LAW FIRM, LLC
601 Sawyer Terrace
#5041
Madison, Wisconsin 53705
Tel: 608-286-8399
peter@moyerslawfirm.com

Kenneth J. Harvey
116 Arborvitae Ct
Pine Knoll Shores
NC, 28512

26 June, 2024

To Whom it may concern,

I, Kenneth J. Harvey, served as the Battalion Executive Officer for 1st Battalion, 15th Infantry Regiment, 3rd Brigade, 3rd Infantry Division from 2004-2006. During that time, Jonathan R. Bonney was my assigned command HMMWV driver. During this period, Jon and I spent a large amount of time together during daily operations at Fort Benning Georgia, in training at the Joint Readiness Training Center in Fort Polk Louisiana, and especially while deployed to Iraq in 2005.

Jon was an excellent Soldier during the time we served together. Jon was hand-picked to serve as a command driver due to integrity, competence, and reliability. Serving as my command driver, Jon was expected to maintain the vehicle, ensure the readiness of the vehicle, brief the gunner, verify weapons readiness, and communication systems. His diligence and dedication enabled me to focus on my tasks without ever having to worry about our ability to move on short notice. Throughout the deployment to one of the worst areas in Iraq in 2005, I relied completely on Jon and his abilities. He earned my trust through his actions, integrity, and capabilities.

Being deployed for a year allows you to gain insights into the character of those you work closely with. Our average schedule was four-to-eight-hour missions, five-to-six days a week. While we served together, I found Jon to be a conscientious and dedicated American. He was always proud of his country, the Army, and our unit. His dedication to others was exemplified when our HMMWV was struck by an IED. Even though Jon was injured by shrapnel, his focus was on ensuring the casualty evacuation of our severely wounded gunner. He was a Soldier to be relied on and demonstrated that time over time.

While I can only comment about the time we served together, I can say without reservation that I trusted Jon to diligently perform all his required duties. Aside from his professional competence, I trusted his dedication and attention to detail completely. There is no one else I trusted to drive for me in combat operations.

Kenneth J. Harvey
Colonel
U.S. Army (Retired)

Jonathan R. Bonney

3/10/24

Your Honor,

I am respectfully submitting these comments, for your consideration, on behalf of my son, Jonathan R. Bonney, regarding the charges brought against him on 1/6/21.

By way of background, I am a former Special Agent of the FBI, Certified Fraud Examiner, and former Special Investigator for an Insurance Company. Jonathan also comes from a family of military and law enforcement backgrounds. His sister was a former Sergeant in the Army, his cousin was a former Captain in the Marines and is a current FBI Agent, his sister-in-law is a current Deputy Sheriff in Colorado, his Father-in-Law is a former St. Louis policeman, and his uncle is a retired SF Policeman.

Jonathan knows right from wrong and has never been in trouble before, however he apparently got carried away when he flew to WDC to support his President at a rally and unfortunately followed the crowd.

Who is Jonathan R. Bonney? As a teenager, Jonathan traveled with me to Jamaica on 3 separate short-term mission trips to do construction work on a church school and to interact with the children. He did an outstanding job and upon leaving one trip I recall him sitting with a young boy with his arm around him and giving him his clothes and shoes when we left.

In Jonathan's senior year in high school, Jonathan chose to leave his school and drive to Wisconsin to help my mother take care of my father, who was dying from cancer.

Upon graduation from high school and with the start of the war in Iraq, Jonathan was moved to join the Army. His service to the country came before going on to college. Jonathan served one tour in Iraq and suffered injuries with remaining shrapnel in his leg to this day, and PTSD. I remember receiving a call from his Commander when Jonathan's Humvee was blown up by an IED. I was advised that before Jonathan attended to his own injuries, he treated his gunner, who was severely injured. Jonathan remained in the Army for 12 years and served time at the National Security Agency overseeing the work of other Farsi-speaking soldiers. Unfortunately, his medical condition grew worse and he was medically discharged.

Jonathan remains very loyal to the US and would have remained in the Army as that was his career choice. He and his wife and their two small children currently own and operate a small zoo in Hayward, WI. It has been in existence in Hayward for over 50 years and is a sense of pride to the community as everyone has grown up visiting the zoo. They are well-known in the community for maintaining and improving this treasured keepsake.

Jerome K. Bonney

July 1, 2024

To whom it may concern:

My son, Jonathan R. Bonney, made a mistake walking into the Capital Building Jan 6th, one that I'm certain he deeply regrets. Thankfully, as seen in the video, Jon spent 12 minutes looking and acting like a typical tourist not a criminal.

As Jon's sentencing approaches, I think it's critically important to share a brief sampling of the many positive ways in which he has made his family proud by serving his church, family, friends & country.

**Church:** Prior to his military service, Jon was active in his local NJ church, continuing to attend in Hayward. While in NJ he participated in our church's mission trip to Jamaica, endearing himself to countless children as reflected in attached photo.

**Family:** I'll start by saying he is an awesome dad to his two young children, daughter Fenna 6, son Riggs 3, photo attached. He's raising them in beautiful Hayward, WI. He owns and works very hard operating a 38 acre zoo called Wilderness Walk, providing an amazing life for his children and a safe preserve for the many animals.

While attending high school in Wayne, NJ, Jon's elderly grandfather was diagnosed with terminal cancer. Jon, at 17 years of age made the sacrifice to move to Hayward, WI to help his grandparents, forfeiting his lifelong friendships and his high school graduation.

In 2012, while serving in the Army in MD, Super Storm Sandy hit NJ decimating the homes & lives of many of our immediate family members. Jon took a leave of absence and spent a month working extremely long hard days emptying out the destroyed contents of our homes and relocating our family members to safe housing. He stepped up to help without being asked.

**Friends:** His life in the North Woods of WI can be hard, especially in the winter. Jon drops everything to help his friends stuck in snow storms, car breakdowns, etc. He is the one they can always call and depend on to help.

**Country:** There are no words to adequately express Jon's love, commitment and service to our great nation. Jon loves our country. He nearly gave his life multiple times. Unfortunately he was injured in an IED bombing while serving in Iraq and is a Purple Heart Recipient. As we can all well imagine, his injuries were not just physical. He struggles to this day with his memories of the horrors of war. Additionally, sadly, Jon lost his best friend Sgt. Justin Gallegos in Afghanistan at the Battle of Kamdesh.

I share the above in the hopes of adequately presenting a fuller picture of my son Jonathan R. Bonney, a great man of faith & service. Yes, he should never have entered the building. He did not do any damage to people or property. His intentions were good.

Thank you for allowing me to express my thoughts. God bless America.

With gratitude & respect,

*Jacqueline Bonney*
Jacqueline Bonney
201-674-1530